# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0507
L.T. Case No. 16-2022-CF-4131-A

_____

ROBERT ALVESTER LAMB,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.

December 5, 2025

PER CURIAM.

In this appeal proceeding under *Anders v. California*, 386 U.S. 738 (1967), we affirm the judgment and sentence imposed by the trial court following Appellant's open, guilty plea to the charged offense. However, we remand with directions to the trial court to enter an amended sentencing order to include the orally pronounced three-year minimum mandatory sentence. *See Flowers v. State*, 395 So. 3d 1077 (Fla. 5th DCA 2024); *Youngblood*

*v. State*, 410 So. 3d 598 (Fla. 5th DCA 2024); *Williams v. State*, 50 Fla. L. Weekly D1636 (Fla. 5th DCA Jul. 25, 2025) (distinguishing scrivener's errors from legal errors, and concluding "the sua sponte correction of errors harmful to the government in an *Anders* case is strictly limited to scrivener's errors").

AFFIRMED, REMANDED with directions.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————